# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK AKINA and LISA AKINA, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, a foreign company,<br><br>Defendant. | NO. 2:25−cv−00610−JHC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND JOINT STATUS REPORT SUBMISSION DEADLINE** |

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Extend the Joint Status Report Submission Deadline, Dkt. # 8. The Court GRANTS the motion and extends the deadline for the Joint Status Report to May 30, 2025.

DATED this 28th day of May, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND JOINT STATUS REPORT SUBMISSION DEADLINE - 1**
Case No. NO. 2:25−cv−00610−JHC