1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8    PATRICK AKINA and LISA AKINA, husband
     and wife,                                      No.: 2:25-cv-00610-JHC
9
                    Plaintiffs,                     ORDER GRANTING DEFENDANT'S
10                                                  UNOPPOSED MOTION TO WAIVE
            v.                                      GEOGRAPHIC REQUIREMENT IN LCR
11                                                  83.1
     STATE FARM FIRE AND CASUALTY
12   INSURANCE COMPANY, a foreign company,
13                  Defendant.                      Noted on Motion Calendar:
                                                    September 9, 2025
14

15          This matter comes before the Court on Defendant's Unopposed Motion to Waive

16   Geographic Requirement in LCR 83.1(d)(2).  Dkt. # 16.  The Court GRANTS the motion and

17   WAIVES the physical-office requirement in LCR 83.1(d)(2) and authorizes Francis J. "F.J."

18   Maloney III to serve as local counsel in this matter and to file pro hac vice applications under

19   LCR 83.1(d).

20          Dated this 10th day of September, 2025.

21

22

23                                          _____
                                            John H. Chun
24                                          United States District Judge

25

26

ORDER                                              Page 1