UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK AKINA and LISA AKINA, husband and wife, | No.: 2:25-cv-00610-JHC |
| Plaintiffs, | JOINT SCHEDULING ORDER REGARDING THE PARTIES' DISPOSITIVE MOTIONS |
| v. | |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, a foreign company, | |
| Defendant. | |

Defendant, by and through its counsel of record, and Plaintiffs, by and through their counsel of record present this *Proposed* Joint Scheduling Order Regarding the Parties' Dispositive Motions.

The parties have conferred and engaged in an initial round of discovery and believe resolution of the case can best be advanced by an initial round of cross summary judgment motions, pursuant to Fed.R.Civ.Pro. 56, regarding whether coverage exists for the insurance claim at issue. These dispositive motions will address coverage under the terms of the State Farm insurance policy, and not any of the allegations relating to extracontractual liability or damages.

Counsel for the parties have conferred and, with the Court's agreement, propose the following stipulated briefing schedule:

ORDER                                                    Page 1

| Parties will file their respective cross motions for summary judgment on: | January 30, 2026 |
|---|---|
| Parties' cross response briefs will be due by: | February 24, 2026 |
| Parties' cross reply briefs will be due by: | March 13, 2026 |
| Oral Argument, if granted: | April 22,2026 |

These proposed deadlines do not alter or change the current dispositive motion deadline of July 6, 2026, or any of the other deadlines, as set forth in the Court's Minute Order (Dkt. 13).

SO ORDERED.

Dated this 13th day of February, 2026.

John H. Chun
United States District Judge

ORDER                                          Page 2