UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK AKINA and LISA AKINA, husband and wife,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, a foreign company,

Defendant.

No.: 2:25-cv-00610-JHC

AMENDED JOINT SCHEDULING ORDER REGARDING THE PARTIES' DISPOSITIVE MOTIONS

Noted on Motion Calendar:
March 11, 2026

Defendant, by and through its counsel of record, and Plaintiffs, by and through their counsel of record present this *Proposed* Amended Joint Scheduling Order Regarding the Parties' Dispositive Motions.

The Court previously entered the Joint Scheduling Order Regarding the Parties' Dispositive Motions (Doc. 30) to facilitate the filing and briefing of cross motions for summary judgement on all issues in dispute in this matter.

In the course of briefing the cross motions, the issue of the application of a policy exclusion was raised (the contamination exclusion), and the parties stipulate and propose that to bring all dispositive issues before the Court, including the contamination exclusion issue, which is addressed in Defendant State Farm Fire and Casualty Company's Cross-Motion for Summary Judgment Re Contamination (Doc. 31), an amendment to the prior Joint Scheduling Order (Doc.

ORDER                                                    Page 1

30) is needed.  Specifically, the parties stipulate and propose the following <u>amended</u> stipulated briefing schedule:

| Parties will file their respective cross motions for summary judgment on: | January 30, 2026 | Completed |
|---|---|---|
| Parties' cross response briefs will be due by: | February 24, 2026 | Completed |
| Defendant State Farm Fire and Casualty Company will file its cross reply brief by: | March 17, 2026 | Previously due March 13, 2026 |
| Plaintiffs Patrick and Lisa Akina will file their consolidated cross reply brief and cross motion response to Defendant State Farm's cross-motion re contamination by: | March 17, 2024 | Reply previously due March 13, 2026; Response not previously scheduled. |
| Defendant State Farm will file its cross reply brief re its cross-motion re contamination exclusion by: | March 24, 2024 | Not previously scheduled. |
| Oral Argument, if granted: | April 22,2026 | No change. |

These proposed deadlines do not alter or change the current dispositive motion deadline of July 6, 2026, or any of the other deadlines, as set forth in the Court's Minute Order (Dkt. 13).

SO ORDERED.

Dated this 11th day of March, 2026.

_John H. Chun_

John H. Chun
United States District Judge

ORDER                                            Page 2