UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA AKINA and PATRICK AKINA, husband and wife, | NO. 2:25-cv-00610-JHC |
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES AND RESET SCHEDULE FOLLOWING RULING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, a foreign company, | |
| Defendant. | |

This matter comes before the Court on Plaintiffs Lisa and Patrick Akina and Defendant State Farm Fire and Casualty Insurance Company's (collectively the "Parties") stipulated motion to stay case deadlines and rest schedule following ruling on cross-motions for summary judgment. Dkt. # 46. The Court is fully advised in all matters and has reviewed the file and records therein and HEREBY ORDERS as follows:

1. The current case schedule, including the June 5, 2026, discovery cutoff and all remaining pretrial deadlines, are stayed pending the Court's ruling on the Parties' pending cross-motions for summary judgment;

**ORDER GRANTING STIPULATED**
**MOTION TO STAY CASE DEADLINES - 1**
**CAUSE NO.: 2:25-CV-00610-JHC**

2. During the stay, the Parties shall not conduct new discovery or file new motions, absent further agreement of the Parties or order of this Court;

3. Within fourteen (14) days after this Court issues its ruling on the pending cross-motions for summary judgment, the Parties shall meet and confer regarding a proposed amended case schedule;

4. The amended case schedule shall provide that the discovery cutoff will fall ninety (90) days after the Court's ruling on the pending cross-motions for summary judgment, unless otherwise ordered; and

5. All remaining deadlines, including any dispositive motions deadlines, pretrial deadlines, and trial date, shall be reset to flow from the new discovery cutoff and/or as otherwise determined by the Court.

IT IS HEREBY ORDERED.

DATED this 5th day of June, 2026.

_____
John H. Chun
United States District Judge

**ORDER GRANTING STIPULATED**
**MOTION TO STAY CASE DEADLINES - 2**
**CAUSE NO.: 2:25-CV-00610-JHC**