UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK AKINA and LISA AKINA, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, a foreign company,<br><br>Defendant. | No.: 2:25-cv-00610-JHC<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE ALLOWING DEFENDANT STATE FARM TO FILE AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND THIRD-PARTY COMPLAINT** |

THIS MATTER has come before the undersigned Judge of the United States District Court Western District of Washington at Seattle. The Court, being fully advised and having reviewed the Stipulated Motion for Leave to File Amended Answer, Affirmative Defenses, and Third-Party Complaint (Dkt. # 52),

IT IS HEREBY ORDERED that the Stipulated Motion for Leave Allowing Defendant State Farm to File Amended Answer, Affirmative Defenses, and Third-Party Complaint ("Motion") is GRANTED in its entirety, on the following terms:

1. State Farm is granted leave to file its Amended Answer, Affirmative Defenses, and Third-Party Complaint against NW Capital Solutions LLC (and/or ROES 1-5) in the form attached to the Motion as Exhibit 2;

2. Pursuant to LCR 15(a), State Farm shall file and serve the amended pleading within fourteen (14) days of the date of the Court's order, and shall serve a summons and the

Third-Party Complaint on NW Capital Solutions LLC as required by Federal Rules of Civil Procedure 4 and 14(a)(1);

3. The Parties' stipulation is limited to the procedural relief requested and does not waive any claim or defense of any Party or of NW Capital Solutions LLC (and/or ROES 1-5).

DATED this 9th day of November, 2026.

John H. Chun
United States District Judge